**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

TRIBAL HEALTH, LLC,             :
                                  :
     Plaintiff,               :
                                  :
     v.                      :     **Case No. _____**
                                    :
UNITED STATES OF AMERICA,  :     **Judge _____**
                                    :
     Defendant.            :
                                    :
_____ :

**PLAINTIFF TRIBAL HEALTH, LLC'S**
**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Pursuant to RCFC 5.2(d) and Appendix C ¶ III of the Rules of the Court of Federal Claims, Plaintiff Tribal Health, LLC ("Tribal Health"), by its undersigned counsel, hereby respectfully seeks leave to file its Complaint and its exhibits in this matter under seal.

Certain documents and information, including the documents supporting the override of the suspension of performance of the awarded contract at issue in this dispute, that are subject to (and referenced throughout) this Complaint, are subject to a protective order issued in the administrative proceedings currently pending with the Government Accountability Office, and thus should not be disclosed publicly. Further, this bid protest involves matters and documents containing Tribal Health's confidential and proprietary information and potentially references information of the task order awardee that may be regarded as confidential, all of which are not appropriate for release to the public.

1

Pursuant to RCFC Appendix C ¶ III(6)(a) and (b), the Complaint contains yellow highlighting to indicate the protected material to be maintained under seal, and a proposed public (redacted) version of the Complaint is filed herewith.

WHEREFORE, Tribal Health respectfully requests that the Court grant the Motion for Leave to File Under Seal.

Date: October 9, 2025

Respectfully submitted,

THOMPSON HINE LLP

By: _/s/ Edward Delisle_____
    Edward DeLisle, *Lead Attorney of Record*
    Joseph R. Berger, *Attorney of Record*
    Andrés M. Vera, *Attorney of Record*
1919 M Street, NW, Suite 700
Washington, DC 20036
(202) 973-2725
(202) 263-4193
(202) 973-2795
Edward.DeLisle@ThompsonHine.com
Joseph.Berger@ThompsonHine.com
Andres.Vera@ThompsonHine.com

*Attorneys for Tribal Health, LLC*

2